UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
DEC 17 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 09-CR-3397-JM |
| Plaintiff, | ORDER |
| v. | |
| SHANNON WHITE, | |
| Defendant. | |

Good cause appearing it is hereby ordered that the condition of release requiring Mr. White to maintain full time employment is deleted.

Dated:

_____
Cathy Ann Bencivengo
United States Magistrate Judge